FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 4 - 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ENRIQUE GUADALUPE, GREGORY HINTON,
JONATHAN ZUNIGA, JOHN MARINO, JOSEPH
MCKAY, and WILMON CHISLOM,

                       Plaintiffs,

    - against -

TROUBLESHOOTER TOWING & ROAD
SERVICE, INC., TRI-STATE EMPLOYMENT,
MANAGEMENT & CONSULTING, INC.,
ANTHONY CUCCAMO, JOHN DOES #1-10, and
MITCHELL MALEWANY,

                       Defendants.
-----------------------------------------------------------------x

ORDER

No. 10-cv-3840 (NG) (CLP)

**GERSHON, United States District Judge:**

    On September 24, 2012, Magistrate Judge Pollak issued a Report and Recommendation in this case. ECF No. 58. No objections have been filed. I now adopt her Report and Recommendation and GRANT plaintiffs' request for entry of default judgment against defendants Malewany and Tri-State Employment, Management & Consulting, Inc. The case with respect to those defendants is hereby referred to Judge Pollak for a report and recommendation to determine the scope of relief, including damages, costs, and attorney's fees, if any, owed to plaintiffs.

                                       SO ORDERED.

                                         s/Nina Gershon
                                **NINA GERSHON**
                                **United States District Judge**

Dated: December ___, 2012
       Brooklyn, New York